| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pryor, Jr., William H. | 2. Court or Organization United States Court of Appeals | 3. Date of Report 5/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor | University of Alabama School of Law |
| 2. Visiting Professor | Cumberland School of Law, Samford University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | University of Alabama School of Law | $17,500.00 |
| 2. 2013 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF-EMPLOYED ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | January 15, 2013 | Montgomery, AL | Deliver Presentation at Faulkner University | Transportation and Meals |
| 2. | Federalist Society | January 15, 2013 | Mobile, AL | Deliver Presentation to the Mobile Federalist Society Chapter | Transportation and Meals |
| 3. | Yale Law School | March 7-8, 2013 | New Haven, CT | Presentation to Yale Law Christian Fellowship | Transportation, Meals and Lodging |
| 4. | Federalist Society | March 19-20, 2013 | Naples, FL | Deliver Presentation at Ave Maria School of Law | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

| # | | | | | |
|---|---|---|---|---|---|
| 5. | Federalist Society | September 12-15, 2013 | Houston, TX | Deliver Presentation to the Houston Federalist Society Chapter | Transportation, Meals and Lodging |
| 6. | The Federalist Society | November 13-17, 2013 | Washington, DC | National Lawyers Convention | Transportation and Lodging |
| 7. | University of Alabama | August 19- November 25, 2013 | Tuscaloosa, AL | Teaching | Transportation |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - TOCQUEVILLE GOLD FUND | A | Dividend | | | Sold | 04/12/13 | K | D | |
| 3. -VULCAN VALUE PARTNERS SMALL CAP | B | Dividend | K | T | Buy | 04/15/13 | K | | |
| 4. IRA #2 (H) | | | | | | | | | |
| 5. -FIDELITY SELECT MEDICAL DELIVERY | A | Dividend | K | T | | | | | |
| 6. -FIDELITY SMALL CAP DISCOVERY FUND | C | Dividend | K | T | | | | | |
| 7. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | L | T | | | | | |
| 8. | | | | | Buy (add'l) | 07/12/13 | K | | |
| 9. -PIMCO INCOME FD CL D | A | Dividend | | | Sold | 07/11/13 | K | D | |
| 10. -FIDELITY BLUE CHIP GROWTH | C | Dividend | K | T | | | | | |
| 11. IRA #3 (H) | | | | | | | | | |
| 12. -FIDELITY REAL ESTATE INCOME | A | Dividend | | | Sold | 07/10/13 | L | D | |
| 13. -FIDELITY SELECT SOFTWARE & COMPUTER | C | Dividend | L | T | Buy | 07/10/13 | L | | |
| 14. IRA #4 (H) | | | | | | | | | |
| 15. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | | | Sold | 07/11/13 | K | E | |
| 16. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |
| 17. -FIDELITY SELECT MULTIMEDIA | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | | | | | |
| 19. -FIDELITY SELECT CHEMICALS | B | Dividend | | | Sold | 07/10/13 | L | E | |
| 20. -FIDELITY SELECT IT SERVICES PORTFOLIO | B | Dividend | L | T | Buy | 07/10/13 | L | | |
| 21. -GLENMEDE SMALL CAP EQUITY-ADVISOR CL | B | Dividend | K | T | Buy | 07/12/13 | K | | |
| 22. IRA #7 (H) | | | | | | | | | |
| 23. -FIDELITY SELECT RETAILING | A | Dividend | K | T | | | | | |
| 24. -FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | | | Sold | 07/29/13 | K | D | |
| 25. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | Buy | 07/29/13 | K | | |
| 26. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 27. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | K | T | | | | | |
| 28. -FIDELITY NEW MARKETS INCOME | A | Dividend | | | Sold | 02/20/13 | J | B | |
| 29. -FIDELITY SELECT PHARMACEUTICAL | B | Dividend | K | T | | | | | |
| 30. -FIDELITY SMALL CAP VALUE | B | Dividend | K | T | Buy | 02/20/13 | J | | |
| 31. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 32. -CASH | A | Interest | | | Closed | 10/22/13 | J | | |
| 33. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | | | Buy | 01/11/13 | J | | |
| 34. | | | | | Sold | 08/15/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -WARREN AVERETT, LLC PROFIT SHARING PLAN | D | Dividend | N | T | | | | | |
| 36. COMPASS BANK - A/C #1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/07/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544